NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI CHIU, derivatively on behalf of HALYARD HEALTH, INC., <br><br>Plaintiff, <br><br>vs. <br><br>ROBERT E. ABERNATHY, STEVEN E. VOSKUIL, GARY D. BLACKFORD, JOHN P. BYRNES, RONALD W. DOLLENS, HEIDI K. FIELDS, WILLIAM A. HAWKINS, PATRICK J. O'LEARY, MARIA SAINZ and JULIE SHIMER, <br><br>Defendants, <br><br>and <br><br>HALYARD HEALTH, INC., <br><br>Nominal Defendant. | Case No. 2:16-cv-08768-JAK-GJS <br><br>**ORDER RE REVISED STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 23.1(c) AND 41(a) (DKT. 63)** |

Based on a review of the parties' Revised Stipulation for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 23.1(c) and 41(a) (the "Stipulation" (Dkt. 63)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested in the Stipulation is **GRANTED** as follows:

1. This Action is dismissed without prejudice, with all Parties to bear their own costs and fees.

2. Notice to the Company's stockholders of the dismissal under Fed. Rule Civ. P. 23.1(c) is not required because: (i) there has been no settlement or compromise of this Action; (ii) there is no evidence of any collusion among the Parties; (iii) neither Plaintiff nor Plaintiff's counsel has received or will receive directly or indirectly any consideration from Defendants for the dismissal of this Action; (iv) on August 4, 2020, the Company's stockholders were notified of the Parties' Stipulation for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 23.1(c) and 41(a) in the Company's Form 10-Q for the quarter ending June 30, 2020; and (v) dismissal of this Action will be reported in the Company's Form 10-Q for the quarter ending September 30, 2020.

**IT IS SO ORDERED.**

Dated: August 24, 2020

John A. Kronstadt
United States District Judge